UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SANDRO LOPEZ,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
-------------------------------------------------------X

Civil Action
1:24-cv-05989

(Marutollo, M.J.)

## STIPULATION AND ORDER FOR REMAND

The parties, through their attorneys, stipulate and agree that this Court reverse and remand the final decision of the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). The parties agree that on remand, the Commissioner will take further action to complete the administrative record, including offering Plaintiff a hearing, and issue a new decision.

The Clerk of the Court shall enter judgment in this case once this Stipulation and Order has been signed and so ordered by the Court.

Dated: April 22, 2025

/s/Robert C. Buckley
Robert C. Buckley
Law Office of Robert C. Buckley, Esq.
19 West 21st Street
Ste 402
New York, NY 10010
347-531-0821
Fax: 646-682-0340
Email: robertbuckleylaw@gmail.com

SO ORDERED:    April 22, 2025.

*Joseph A. Marutollo*
HONORABLE JOSEPH A. MARUTOLLO
UNITED STATES MAGISTRATE JUDGE

JOHN J. DURHAM
United States Attorney
Eastern District of New York

/s/ Christopher Hurd
Christopher Hurd
Special Assistant United States Attorney
Office of Program Litigation, Office 2
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(212) 264-2059
christopher.hurd@SSA.gov